| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
| | BROWNSVILLE DIVISION | |

MARIA DEL ROSARIO GARZA, §
§
versus § CIVIL ACTION 1:17-cv-00020
§
TRAVELERS LLOYDS OF TEXAS §
INSURANCE COMPANY AND §
COREY KRONK. §

## DEFENDANT'S NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to *Local Rule 16.3*, notice is hereby given by Defendant, Travelers Lloyds of Texas Insurance Company, that this case has been settled.

Respectfully submitted,

By: */s/Tom Lockhart*
**TOM LOCKHART**
State Bar No. 12473500
Fed. I.D. No. 2257
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
TELEPHONE: 956-428-7495
FACSIMILE:   956-428-2954
tlockhart@adamsgraham.com
*Attorneys for Defendant TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this the 12TH day of January, 2018, to the following counsel of record and interested parties:

Courtney Potter
Kevin S. Baker
Scott Mechler
**Ketterman Rowland & Westlund**                                    *Via E-filing*
16500 San Pedro, Suite 302
San Antonio, Texas 78232
*Counsel for Plaintiff*


             */s/Tom Lockhart*
             **TOM LOCKHART**