United States District Court
Southern District of Texas
**ENTERED**
April 06, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DEL ROSARIO GARZA, <br> Plaintiff, | § § § | |
| v. | § | Civil Action No. 1:17-cv-00020 |
| TRAVERLERS LLOYDS OF TEXAS INSURANCE COMPANY and COREY KRONK, <br> Defendants. | § § § § § | |

### ORDER ON JOINT STIPULATION OF DISMISSAL

The Court is in receipt of the parties' "Joint Stipulation of Dismissal" (Docket No. 20) in the above-captioned case. The parties have informed the Court that matter has been settled and the parties have agreed to dismiss this case with prejudice with all court costs to be borne by the party incurring same. *See* Docket No. 20 at 1.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in the above-captioned law suit are **DISMISSED** with prejudice. All parties shall bear their own court costs. The Clerk of Court is hereby **ORDERED** to close this case.

Signed on this 5th day of April, 2018.

Rolando Olvera
United States District Judge

1